CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>        Plaintiff,<br><br>   v.<br><br>HAWTHORNE GATEWAY, LP, a California Limited Partnership; II RIVMGMT, LLC, a California Limited Liability Company; TRANH NGUYEN; and Does 1-10,<br><br>        Defendants. | **Case:** 2:20-cv-01784-DSF-RAO<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Hawthorne Gateway, LP; II RIVMGMT, LLC and Tranh Nguyen has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated:                                    CENTER FOR DISABILITY ACCESS


                                          By:     /s/ Amanda Lockhart Seabock
                                                Amanda Lockhart Seabock
                                                Attorneys for Plaintiff

1